#     IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| RUTH ANNE MATTHEW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23-00768-CV-W-BP |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL CASE

\_\_\_ **Jury Verdict**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.**   This action came before the Court.   The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the Order filed on August 21, 2024, (Doc. 19), the Commissioner's Motion to Reverse and Remand, (Doc. 17), is **GRANTED**. Pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's final decision is **REVERSED,** and the case is **REMANDED** for further evaluation of Plaintiff's claim.

August 21, 2024    Paige Wymore-Wynn
Date    Clerk of Court

    /s/ Shauna Murphy-Carr
    (by) Deputy Clerk